# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GREGORY CARL MORSE | § |
| | § Civil Action No. 4:18-CV-39 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| FEDERAL NATIONAL MORTGAGE | § |
| ASSOCIATION, A/K/A FANNIE MAE | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 31, 2018, the report of the Magistrate Judge (Dkt. #23) was entered containing proposed findings of fact and recommendations that Plaintiff's "Notice of Default to the Court and Motion for the Court's Order and Entry of Default Judgment Against Appellee/Plaintiff Federal National Mortgage Association" (Dkt. #19) be denied. On June 11, 2018, Plaintiff filed a "Notice of No Specific Objection to Findings by Magistrate [sic] Concerning Service of Process Upon [Defendant]" (Dkt. #24). Having received the report of the United States Magistrate Judge and Plaintiff's notice of non-objection, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's "Notice of Default to the Court and Motion for the Court's Order and Entry of Default Judgment Against Appellee/Plaintiff Federal National Mortgage Association" (Dkt. #19) is **DENIED**.

**IT IS SO ORDERED**.
**SIGNED** this 14th day of June, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE