# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GREGORY CARL MORSE § | |
| § | Civil Action No. 4:18-CV-39 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| FEDERAL NATIONAL MORTGAGE § | |
| ASSOCIATION A/K/A/ FANNIE MAE § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 12, 2019, the report of the Magistrate Judge (Dkt. #36) was entered containing proposed findings of fact and recommendations that Defendant Federal National Mortgage Association a/k/a Fannie Mae's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Dkt. #32) be granted and Plaintiff's Complaint be dismissed for lack of jurisdiction, and that Plaintiff's "Emergency Motion Plaintiff's Notice to Court of Willful Violations of FRCP Rule 11 and Other Court Rules & Motion Requesting Court to Take Corrective Actions Against Defendant" (Dkt. #30) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Federal National Mortgage Association a/k/a Fannie Mae's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Dkt. #32) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

It is further **ORDERED** that Plaintiff's "Emergency Motion Plaintiff's Notice to Court of Willful Violations of FRCP Rule 11 and Other Court Rules & Motion Requesting Court to Take Corrective Actions Against Defendant" (Dkt. #30) is **DENIED.**

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 13th day of March, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE